SUSAN CROWE, Respondent, v. HERMITAGE TOURS, INC., Defendant, Impleaded with BLAKE MOTOR LINES, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

DEMOS CONSTRUCTION CO., INC., Appellant, v. NATIONAL EXCAVATION CORPORATION and Another, Respondents, Impleaded with CITY OF NEW YORK, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK OSHER, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Untermyer, J., dissents and votes to reverse and dismiss the information, on the ground that the photographs are not obscene.

Dr. WALTER EICHENGRUEN, Respondent, v. EDWARD J. O'CONNOR, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LINCOLN L. STEVENSON, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

UNION BANK OF WINCHESTER, Respondent, v. KUMFY WOOLEN MILLS, INC., Appellant.— Determination unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MAX KASS, Respondent, v. JOSEPH G. HIRSCH and HARRY MILK, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

YSABEL DE BLANCO FOMBONA and ANTONIO ARANGUREN, Appellants, v. CREOLE PETROLEUM CORPORATION, Respondent, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiffs to serve an amended complaint within twenty days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

GUSSIE SIEGEL, Respondent, and MORRIS KRUBITZKY, Plaintiff, v. DAVID BROMBERG and BONAT & BONAT, INC., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of WILLIAM J. BEVERLY and Others, Respondents, for an Order under Article 78 of the Civil Practice Act, against THE CITY OF NEW YORK and Others, Appellants.— Order affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley, J., dissents and votes to modify the order appealed from by denying increments on salaries of $2,400 a year or more.